UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :
NAMEL NORRIS,                                               :
                                                            :               25-CV-09939 (JAV)
                                   Plaintiff,               :
                                                            :               ORDER
             -v-                                            :
                                                            :
HEAVENLY FINEST DELI INC., et al.,                         :
                                                            :
                                   Defendants.              :
------------------------------------------------------------------------X
JEANNETTE A. VARGAS, United States District Judge:

Defendants in this action appears to be in default.  Plaintiff shall file any motion for

default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases,

**within two weeks of the date of this Order**.  Plaintiffs should familiarize themselves with

Local Civil Rules 55.1 and 55.2, which, along with Rule 55 of the Federal Rules of Civil

Procedure and the Court's Individual Rules and Practices in Civil Cases, govern default

judgment motion practice before this Court.  Per Local Civil Rule 55.2, a party seeking default

judgment must append to the motion a Clerk's Certificate of Default, which may be obtained by

following the procedure described in Local Civil Rule 55.1.  To be clear: Plaintiffs must file the

**motion** for default judgment, *not* merely the request for a Clerk's Certificate of Default, by the

above deadline.

If Plaintiff's counsel submits calculations in support of any motion for default judgment,

Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions

of the files in their original format, such as in ".xlsx") to Chambers at

VargasNYSDChambers@nysd.uscourts.gov.  If or when a motion for default judgment is filed,

the Court will enter a further Order setting a deadline for any opposition and reply and

2

scheduling a hearing.  If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: April 24, 2026
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2